## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

EYAL SAVIR, on behalf of himself and all
other similarly situated consumers,

       Plaintiff,

v.                                 Case No.: _____

CREDENCE RESOURCE MANAGEMENT, LLC,
a Texas Limited Liability Company,

       Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Credence Resource Management, LLC ("CRM"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this civil case is proper because:

1.    CRM is the named defendant in this civil action filed by plaintiff, Eyal Savir ("plaintiff"), in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Eyal Savir v. Credence Resource Management, LLC*, Case No.: 2022-008258-CA-01 (hereinafter the "State Court Action").

2.    CRM removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), CRM has timely filed this Notice of Removal. CRM was served with plaintiff's Complaint on May 17, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by CRM.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, Credence Resource Management, LLC, hereby removes to this Court the State Court Action.

Dated: June 3, 2022

Respectfully Submitted,

/s/ *Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent to the parties

of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Omar M. Salazar II, Esq.  
Ely R. Levy, Esq.  
LEVY & PARTNERS, PLLC  
3230 Stirling Road, Suite 1  
Hollywood, Florida 33021  
omar@lawlp.com  
claudia@lawlp.com  
maritza@lawlp.com  

*/s/ Michael P. Schuette*  
Attorney